# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:19-CR-00025-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) **ORDER** |
| Gregory Michael Johnson, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court upon remand from the United States Court of Appeals for the Fourth Circuit for resentencing as to two challenged conditions of supervised release. (Doc. No. 44: Opinion and Judgment; Doc. No. 45: Mandate).

**IT IS THEREFORE, ORDERED** that the parties shall file supplemental briefing addressing those conditions in their current iteration within thirty (30) days of the issuance of this Order. Upon consideration of the briefing, this matter will be set for a resentencing hearing.

The Clerk is directed to certify copies of this Order the defendant, defendant's counsel, the United States Attorney, the United States Probation Office, and the Clerk of the United States Court of Appeals for the Fourth Circuit.

**SO ORDERED**

Signed: June 30, 2022

Kenneth D. Bell
United States District Judge